AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| David A. Jackson, Jr. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 12-10082-MBB |
| American Home Mortgage Servicing, Inc. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff David A. Jackson, Jr.

Date: 03/05/2012

*Attorney's signature*

Sean B. Cullen, BBO# 663906
*Printed name and bar number*

CULIK LAW PC
18 Commerce Way, Suite 2850
Woburn, MA 01801

*Address*

scullen@culiklaw.com
*E-mail address*

(800) 962-9570
*Telephone number*

(781) 780-2515
*FAX number*

## Certificate of Service

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 5, 2012.

            */s/ Sean B. Cullen*
            Sean B. Cullen